UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Dominick Maurice Jones 134479
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Kent County Correctional Facility Correctional Officers Linsia, Gunwin, Lake, Dominguez, Sutton

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
April 1, 2024 2:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /s/ 4-1

1:24-cv-336
Ray Kent
U.S. Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?   Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?   Yes ☐   No ☐
   4. Is the appeal still pending?   Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐
      a. If so, explain: _____

   _____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Dominick Maurice Jones__

Place of Present Confinement __M-1 cell 06__

Address __Kent County Correctional Facility 703 Ball ave NE Grand Rapids, MI 49503__

Place of Confinement During Events Described in Complaint __D-1 cell 136__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Linsia__
Position or Title __Correctional Officer__
Place of Employment __Kent County Correctional Facility__
Address __703 Ball NE Grand Rapids, MI 49503__
Official and/or personal capacity? __Personal Capacity__

Name of Defendant #2 __Gunwin__
Position or Title __Correctional Officer__
Place of Employment __Kent County Correctional Facility__
Address __703 Ball NE Grand Rapids, MI 49503__
Official and/or personal capacity? __Personal Capacity__

Name of Defendant #3 __Lake__
Position or Title __Correctional Officer__
Place of Employment __Kent County Correctional Facility__
Address __703 Ball NE Grand Rapids, MI 49503__
Official and/or personal capacity? __Personal Capacity__

Name of Defendant #4 __Dominguez__
Position or Title __Correctional Officer__
Place of Employment __Kent County Correctional Facility__
Address __703 Ball NE Grand Rapids, MI 49503__
Official and/or personal capacity? __Personal Capacity__

Name of Defendant #5 __Sutton__
Position or Title __Correctional Officer__
Place of Employment __Kent County Correctional Facility__
Address __703 Ball NE Grand Rapids, MI 49503__
Official and/or personal capacity? __Personal Capacity__

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Monday 10-23-23 I was given legal Mail from Kent County Correctional Facility Officer Linsia who was Reading my legal mail befor he handed it to me. So I ask him befor I new what it was he was giving me. What is this He said it your legal Mail your lawyer just gave to him 15 minutes ago and left. So I ask offic. C.O. Linsia why did'nt he just call me out I go to Court tomorrow. He said he was in a rush I reply and say did you read this? And he said Yes now it was not in a Envelope. So there was no Reason for him to be reading my legal mail. Because on the front page it said Police report. Now my Blood pressure was high now because my Rights have been Violated my First Amendment with holding my legal mail and reading it without my say so. And stopping me from getting ready for my pretrail. Now my lawyer Mr. Brent H. Green comes a few hours later to let me no how we going to approach the Preliminary. The first thing I ask Mr. Green is when did He bring my legal mail up here and He said 10-22-23 24h. ago. I said the C.O. Linsia said you handed to him 15 minutes ago. So I ask Mr. Green why he did not put my legal mail in a Envelope He said he do not no why. I said C.O. Linsia and who ever else have read my legal mail without my say so or me being Present Now I have to find out who had read my legal mail for the last 24 hours and hands touch my legal mail But I said Brent Green I would like to

File a motion to dismiss the Case at my Preliminary. For my first Amendment being Violated and my legal mail being Shared among staff and inmates. Mr. Green said ok now I go back to my cell my Blood Pressure is high I'm getting light Headed. Thinking bout the Case was put on the News and social media. I ask the Correctional Officer Gunwin can I see a Doctor because it feel like I'm bout to fall out. Because my Heart is beating fast and it will not stop. He said he will when he get time a hour pass and I see him making a block check so I waiting for him to come pass my cell. But I do not see him pass but I hear people whispering I get out my bed walk to dorr. It's Correctional Officer. Gunwin and inmate Jarves Hutson talking Gunwin jumps back from his dorr and walk out the room to keep doing his block check. So soon as Gunwin leaves out Jarves Hutson says I no what your in here for. And I said I never told you bout my Case and he said my Cousin just told me what you are in here for. I ask who is your Cousin he said Gunwin is his family and Jarves Hutson start telling me details of my Case. He wanted to fight me but we where lock down and the only way

He could no the details of my case is from the Correctional officer Gunwin sharing my legal mail with staff each other and inmates. I ask Correctional officer Lake later that night did he read my legal mail He said it was up front in the Sgt office. So at that Point I did not no what to do. My life is being threatened by inmates everyone no my charge it's on the news and social media my family at risk Correctional officers no about my charge and the details of my case the next day I went to court an got Denied for my dismissal by Hon. Nicholas J. Christensen He said he did not believe what I was saying when I left court I had 3 attacks when I got back to my cell my Heart was beating so fast from 7am that morning to 11pm that night the Doctor had to come see me. He said I was thinking to much and worrying The next day Sutton came and move Jarves Hutson for writing and throwing feces on my dorr and writing on my dorr with feces after he found out what I was in Jail for. Now I seen Jarves Hutson a Day in my life he said he was from Muskegan Michigan. Befor they move him this went on for day's that's the second

time he threw feces at the dorr with pee he use when he would pee in a cup and throw it on my dorr it's all on Camera with Audio recording that played everything. I'm saying from bring my legal mail to asking Correctional officer who dorr read my legal mail Jarves Hutson put feces on my dorr. ME having 3 attacks me asking Linsia did he read my legal mail its all there on Camera Audio everything.

My Witness
Carlso Ben solomon
Antonio Douglas Sr
Dominick M. Jones

IV. **Relief**

State briefly and precisely what you want the court to do for you.

You can help me by getting me out on bound at 2,000,000 million dollars pay for my lawyer, Private investgoter, Compensated everyday I been in here. My bound was 2.5 million I'm asking for 9 million dollars for my Pain an suffering Mental state is not heathly my Safty is in Jeopardy, The CO.'s haring my legal mail, I had 3 Anxtey attacks in one day. I could not eat for 3 months I was throwing up everyday staying in my room sacre etc.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- [x] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

- [ ] I request that this case be assigned to a district judge.

3-25-24
**Date**

*Dominuk Yong*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



Dominick M. Jones
703 Ball NE
Grand Rapids, MI 49503

This mail originates
from the
Kent County Correctional Facility

US
399
110
Gra