UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOMINICK MAURICE JONES,

      Plaintiff,

Case No. 1:24-cv-336

v.

Honorable Ray Kent

UNKNOWN LINSIA et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   April 12, 2024                 /s/ Ray Kent
                                                                    Ray Kent
                                                                    United States Magistrate Judge